FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 9:08 am, Jun 18, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. 4:24cr-60 |
| v. | ) |
| JASON BURTON, a/k/a "JB" | ) 21 U.S.C. § 843(b) ) Use of Communication Facility |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE
*Use of Communication Facility*
21 U.S.C. § 843(b)

On or about November 26, 2021, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

**JASON BURTON,**
**a/k/a "JB,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, Conspiracy to Possess with Intent to Distribute, and to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

[Signatures on Following Page]

JILL E. STEINBERG
UNITED STATES ATTORNEY

6/17/24
Date

*[signature]*

Tania Groover
Chief, Criminal Division

_____
Date

Marcela C. Mateo
Assistant United States Attorney